# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY A. WADE, Individually and on Behalf of the Class | CIVIL ACTION No. 11-45-BAJ-DLD |
| VERSUS | JUDGE JACKSON |
| COX COMMUNICATIONS LOUISIANA, LLC, et al. | MAGISTRATE DALBY |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Cox Communications Louisiana, LLC and CoxCom, Inc., for the reasons set forth in their accompanying memorandum in support, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss with prejudice all claims against them in Plaintiff Jerry A. Wade's Class Action Complaint and First Supplemental and Amending Class Action Complaint.  In the alternative, Defendants move to dismiss or stay this action pursuant to the doctrine of primary jurisdiction.

WHEREFORE, Defendants Cox Communications Louisiana, LLC, and CoxCom, Inc. respectfully request that their Motion to Dismiss be granted, and that the Plaintiff's claims be dismissed in their entirety with prejudice, or in the alternative, that this case be stayed or dismissed pursuant to the doctrine of primary jurisdiction.

Respectfully submitted,

EWELL E. EAGAN, JR. (#5239)
MARTIN E. LANDRIEU (#18995)
PHILLIP J. ANTIS, JR. (#29067)

GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana  70170-4000
Telephone:  (504) 582-1111
Facsimile:  (504) 582-1121


By:   s/ Martin E. Landrieu

and

DAVID E. MILLS (admitted *pro hac vice*)
SCOTT D. DAILARD (admitted *pro hac vice*)
DANIEL D. PRICHARD (admitted *pro hac vice*)

DOW LOHNES PLLC
1200 New Hampshire Ave., NW, Suite 800
Washington, DC  20036-6802
Telephone:  (202) 776-2000
Facsimile:  (202) 776-2222

   Counsel for Defendants,
   Cox Communications Louisiana, LLC, and
   CoxCom, Inc.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing Motion to Dismiss via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 8th day of April, 2011.

By:   s/ Martin E. Landrieu