UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY A. WADE | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 11-45-BAJ |
| COX COMMUNICATIONS LOUISIANA, LLC, ET AL | |

**ORDER OF DISMISSAL**

Considering the Court's ruling dated November 19, 2012;

IT IS ORDERED that Plaintiff Jerry A. Wade's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, November 20, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA